IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 6:14-CR-00012-JRG-JDL |
| | § | |
| ANGELA MOHR DENISON (4) | § | |

**REPORT & RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On June 22, 2019, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Angela Mohr Denison. The government was represented by Frank Coan, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Federal Public Defender, Matt Millslagle.

Defendant originally pled guilty to the offense of Distribution of Methamphetamine, a Class C felony. The offense carried a statutory maximum imprisonment term of 20 years. The United States Sentencing Guideline range, based on a total offense level of 24 and a criminal history category of I, was 51 to 63 months. On March 17, 2015, District Judge Leonard Davis sentenced Defendant to 33 months imprisonment followed by 3 years of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure and substance abuse testing and treatment. On February 24, 2017, Defendant completed the term of imprisonment and began her term of supervised release. On March 6, 2017, District Judge Ron Clark modified the conditions of supervised release to include a special condition that Defendant shall participate in any combination of psychiatric, psychological, or mental health treatment as deemed appropriated by the treatment provider.

Under the terms of supervised release, Defendant was required to refrain from excessive use of alcohol and the purchase, possession, use, distribution, or administration of any narcotic or

other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. In its petition, the government alleges that Defendant violated this condition when: (1) she admitted to using methamphetamine on or about April 6 and November 24, 2017 and April 5 and October 27, 2018; and (2) she submitted a urine specimen that tested positive for methamphetamine on October 17, 2018. The government represents that Fifth Circuit case law permits a court to find that illicit drug use constitutes possession for the offense.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release when she: (1) possessed methamphetamine on or about April 6 and November 24, 2017; April 5 and October 27, 2018, and (2) submitted a urine specimen on October 17, 2018, that tested positive for methamphetamine, Defendant will have committed a Grade B violation. U.S.S.G. §7B1.1(a). Upon a finding of a Grade B violation, the Court shall revoke probation or supervised release. U.S.S.G. § 7B1.3(a)(1). Considering Defendant's criminal history category of I, the guideline imprisonment range for a Grade B violation is 4 to 10 months; however, the maximum imprisonment term in this case is 24 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as described in Allegation 1 in the government's petition. In exchange, the government recommended to the Court a sentence of 7 months with no supervised release to follow.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Angela Mohr Denison's plea of true be accepted and she be sentenced to a term of imprisonment of 7 months with no supervised release to follow. The Court further

**RECOMMENDS** that the place of confinement be FPC Carswell or if Carswell is not possible, FPC Bryan.

Defendant has waived his right to object to the findings of the Magistrate Judge in this matter, so the Court will present this Report and Recommendation to Chief District Judge Rodney Gilstrap for adoption immediately upon issuance.

**So ORDERED and SIGNED this 23rd day of July, 2019.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE